Todd Feltus (#019076)
Callie Maxwell (#028339)
Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
tfeltus@kflawaz.com
cpm@kflawaz.com

Attorneys for Defendants Vieste SPE LLC,
Vieste Energy LLC, Vieste LLC, Mark Branaman,
Michael Comparato, Donald Currise, and Joseph Cook

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crossfirst Bank, a Kansas banking corporation, Crossfirst Investments, Inc., a Kansas corporation; Frank Hanna, Sr. and Nancy Hanna, husband and wife; Frank Hanna, Sr. as Trustee for Frank B. Hanna, Sr. & Nancy B. Hanna Revocable Trust; Frank Hanna, Sr. Trustee, Henry H. Hanna, III Trustee & Frank Hanna, Jr. Trustee FBO Frank Hanna, Jr.; Frank Hanna, Sr. Trustee, Henry H. Hanna, III Trustee & Wesley Hanna Trustee FBO Wesley Hanna; Frank Hanna, Sr. Trustee, Henry H. Hanna, III Trustee & Leigh L. Hanna Trustee FBO Leigh Hanna; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>Vieste SPE, LLC, an Arizona limited liability company; Vieste Energy, LLC, an Indiana corporation; Vieste, | Case No.<br><br>Maricopa County Superior Court Case No. CV2018-006742<br><br>**NOTICE OF REMOVAL** |

1

Keresmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

| | |
|---|---|
| 1 | LLC, an Indiana limited liability company; Mark Branaman and Jane Doe Branaman, husband and wife; Michael A. Comparato, Sr. and Jane Doe Comparato, husband and wife; Joseph A. Cook and Jane Doe Cook, husband and wife; Donald W. Currise and Jane Doe Currise, husband and wife; Joshua D. Rogers and Jane Doe Rogers, husband and wife; Herbert J. Sims & Co., Inc., a Connecticut corporation; Xan Smith and Jane Doe Smith, husband and wife; Lawson Financial Corporation, an Arizona corporation; Robert Lawson and Pamela Lawson, husband and wife, |

Defendants.

PLEASE TAKE NOTICE that, pursuant to Title 28 U.S.C. §§ 1332(d), 1446, 1453, and LRCiv 3.6, Defendants Vieste SPE LLC, Vieste Energy LLC, Vieste LLC, Mark Branaman, Michael Comparato, Don Currise, and Joseph Cook (collectively the "Vieste Defendants") remove the above-captioned civil action from the Superior Court for the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona.

Removal of this action is based upon the following:

1.   Plaintiff CrossFirst Bank is a Kansas corporation with its principal place of business in Kansas

2.   Plaintiff CrossFirst Investments Inc. is a Kansas corporation with its principal place of business in Kansas.

3.   Based on the Complaint, Plaintiffs Frank Hanna Sr. and Nancy Hanna are citizens of Florida.

2

4. Based on the Complaint, Plaintiff Frank Hanna Sr., as trustee of the Frank B. Hanna Sr. & Nancy B. Hanna Revocable Trust is a citizen of Florida.

5. Based on the Complaint and a public records review, Plaintiffs Frank Hanna Sr., Henry H. Hanna III, and Wesley Hanna as trustees of the Frank Hanna Sr., Trustee, Henry H. Hanna III, Trustee & Wesley Hanna Trustee FBO Wesley Hanna trust are citizens of Florida and Maryland.

6. Based on the Complaint and a public records review, Plaintiffs Frank Hanna Sr., Henry H. Hanna III, and Leigh L. Hanna, as trustees for Frank Hanna Sr. Trustee, Henry H. Hanna III Trustee & Leigh L. Hanna Trustee FBO Leigh Hanna trust are citizens of Florida and Maryland.

7. Based on the Complaint and a public records review, Plaintiffs Frank Hanna Sr., Henry H. Hanna III, and Frank Hanna Jr., as trustees of the Frank Hanna Sr., Trustee, Henry H. Hanna III, Trustee & Frank Hanna Jr. Trustee FBO Frank Hanna Jr. trust are citizens of Florida and Maryland.

8. Defendant Vieste SPE LLC, for purposes of 28 U.S.C. § 1332(d)(10), is an Arizona limited liability company with its principal place of business in Arizona.

9. Defendant Vieste Energy LLC, for purposes of 28 U.S.C. § 1332(d)(10), is an Indiana limited liability company with its principal place of business in Arizona.

10. Defendant Vieste LLC, for purposes of 28 U.S.C. § 1332(d)(10), is an Indiana limited liability company whose principal place of business is in Illinois.

11. Defendant Mark Branaman is a citizen of Indiana.

12. Defendant Michael Comparato is a citizen of Florida.

13. Defendant Don Currise is a citizen of Indiana.

14. Defendant Joseph Cook is a citizen of Illinois.

15. Defendant Joshua D. Rogers is a citizen of Illinois.

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

16. Defendant Herbert J. Sims & Co. Inc. is a Delaware corporation whose principal place of business is in Connecticut. Defendant Xan Smith is a citizen of Florida.

17. Defendant Lawson Financial Corporation is an Arizona corporation with its principal place of business in Arizona.

18. Defendant Robert Lawson and Pamela Lawson, a married couple, are citizens of Arizona.

19. On April 27, 2018, Plaintiffs filed a complaint in Maricopa County Superior Court, Case No. CV2018-006742 ("State Court Action").

20. On April 30, 2018, Vieste SPE LLC was served with the Complaint.

21. The State Court Action was filed as "class action" as that term is defined in 28 U.S.C. § 1332(d)(1)(B).

22. In Paragraph 1 of the Complaint, Plaintiffs allege that "[t]his case arises out of the sale of industrial development bonds . . . in the amount of $28,935,000 . . . ." Accordingly, the amount in controversy in the State Court Action exceeds $5 million, exclusive of interest and costs.

23. At least one plaintiff is diverse from at least one defendant as provided under 28 U.S.C. § 1332(d)(2)(A). For example, Plaintiffs CrossFirst Bank and CrossFirst Investments, Inc. are Kansas corporations with their principal places of business in Kansas; none of the Defendants are citizens of Kansas.

24. The Plaintiffs' proposed class, which is defined as "[a]ll purchasers of securities offered for sale through the Official Statement," exceeds 100 members.

25. This Court has original jurisdiction over the subject matter of the State Court pursuant to 28 U.S.C. § 1332(d).

26. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed within thirty days after the Vieste SPE LLC was served with a copy of the initial pleading

4

filed by Plaintiff in Maricopa County Superior Court and within one year after the State Court Action was filed.

27. Pursuant to 28 U.S.C. § 1446(a), this Court is the proper forum for removing this action because it is the District Court of the United States for the District and Division embracing the county in which the State Court Action is pending.

28. A copy of the Complaint is attached as **Exhibit A**.

29. Pursuant to 28 U.S.C. § 1446 and LRCiv P. 3.6(a), counsel for the Vieste Defendants has filed a Notice of Filing Notice of Removal with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa, a copy of which is attached as **Exhibit B**[1].

30. True and complete copies of all filings in the State Court Action through the date of this Notice of Removal are attached as **Exhibit C**.

DATED this 30th day of May, 2018.

        Kercsmar & Feltus PLLC

        By: *s/ Callie Maxwell*
            Todd Feltus
            Callie Maxwell
            7150 East Camelback Road, Suite 285
            Scottsdale, Arizona 85251
            *Attorneys for Defendants Vieste SPE LLC Vieste Energy LLC, Vieste LLC, Mark Branaman, Michael Comparato, Donald Currise, and Joseph Cook*

---

[1] The Notice of Filing Notice of Removal has an exhibit referred to as Exhibit 1; that has been omitted because it is a conformed version of this filing.

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System and served copies, by first class mail, on the following:

Jeffrey Goulder, Esq.
Stefan Palys, Esq.
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
jeffrey.goulder@stinson.com
stefan.palys@stinson.com
*Attorneys for Plaintiffs*

David G. Bray
Scot L. Claus
**DICKINSON WRIGHT**
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
DBray@dickinson-wright.com
sclaus@dickinsonwright.com
*Attorneys for Defendants Lawson Financial Corporation, Robert Lawson, and Pamela Lawson*

Seth Waxman
**DICKINSON WRIGHT**
1825 Eye Street, NW, Suite 900
Washington, DC 20006
swaxman@dickinson-wright.com
*Attorneys for Defendants Lawson Financial Corporation, Robert Lawson, and Pamela Lawson*

Jeffrey C. Matura
**BARRETT & MATURA, P.C.**
8925 E Pima Center Parkway, Suite 100
Scottsdale AZ 85258
jmatura@barrettmatura.com
*Attorneys for Defendants Xan Smith and Herbert J. Sims & Co., Inc.*


By: *s/ Kelli Dunlap*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001