UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CROSSFIRST BANK, a Kansas banking corporation; et al.,

Plaintiffs-Petitioners,

v.

VIESTE SPE LLC, an Arizona limited liability company; et al.,

Defendants-Respondents.

No. 23-80038

D.C. No. 2:18-cv-01637-DLR
District of Arizona,
Phoenix

ORDER

Before: R. NELSON and BUMATAY, Circuit Judges.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).