# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crossfirst Bank, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Vieste SPE LLC, et al.,<br><br>　　　　　Defendants. | **NO. CV-18-01637-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 13, 2024, which granted Defendants' Motion for Summary Judgment, judgment is entered in favor of defendants. The complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 13, 2024

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　　By　Deputy Clerk