**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Crossfirst Bank, et al.,

Plaintiffs,

v.

Vieste SPE LLC, et al.,

Defendants.

No. CV-18-01637-PHX-DLR

**ORDER**

The Court previously granted summary judgment in favor of Defendants. (Doc. 395.) Plaintiffs have appealed that ruling. (Doc. 401.) Defendants Lawson Financial Corporation, Robert Lawson, and Pamela Lawson ("Lawson Defendants") have moved for an award of attorney fees under 28 U.S.C. § 1927 as a sanction against Plaintiffs' counsel for what the Lawson Defendants contend was the unreasonable maintenance of a factually baseless lawsuit. (Doc. 398.) "Although an appeal from the merits of a final judgment does not foreclose a district court from awarding attorney's fees," the court has discretion to defer its ruling or to deny the motion without prejudice pending resolution of the merits appeal. *G.P.P., Inc. v. Guardian Protection Prods., Inc.*, Case No. 1:15-cv-00321-SKO, 2018 WL 932087, at *2 (E.D. Cal. Feb. 16, 2018) (citing Fed. R. Civ. P. 54(d) advisory committee's note to 1993 amendment).

The Court finds deferral would serve the interests of judicial economy. The appeal in this matter is calendared for oral argument on November 18, 2025. *See*

https://www.ca9.uscourts.gov/calendar/monthly_sittings/158072.html (last visited Sept. 22, 2025). If Plaintiffs are successful in their appeal, such a ruling would undermine the Lawson Defendants' contention that this action lacked a good-faith factual basis. Accordingly,

**IT IS ORDERED** that consideration of the Lawson Defendants' motion for attorney fees (Doc. 398) is deferred pending resolution of Plaintiffs' merits appeal. For administrative purposes, the Clerk of the Court shall **terminate** the Lawson Defendants' motion, but it may be reinstated, if appropriate, at the Lawson Defendants' request after the Ninth Circuit has issued its decision.

Dated this 23rd day of September, 2025.

Douglas L. Rayes
Senior United States District Judge