# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Crossfirst Bank, et al.,

Plaintiffs,

v.

Vieste SPE LLC, et al.,

Defendants.

No. CV-18-01637-PHX-DLR

**ORDER**

In an order dated September 23, 2025, the Court stayed the enforcement of any award of costs in this matter pending the resolution of Plaintiffs' appeal pending before the Ninth Circuit Court of Appeals. (Doc. 423.) That appeal now having been resolved;

**IT IS ORDERED** that the stay imposed on the bills of costs in this matter (Docs. 397, 399, 400) is hereby lifted. The Clerk of Court shall award costs as appropriate.

Dated this 17th day of August, 2026.

Douglas L. Rayes
Senior United States District Judge